AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JANE DOE, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-07889 |
| The City Of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jane Doe

Date: 08/29/2018

/s/ Antony L. Ryan
*Attorney's signature*

Antony L. Ryan AR-0394
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

aryan@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*