USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, JOSE COSME,
and LEONARD McNEIL (individually and
in their official capacities),

                    Defendants.

CIVIL ACTION NO.: 18cv7889

---

### [PROPOSED] ORDER

WHEREAS on August 29, 2018, Plaintiff in the above-captioned action filed a Motion for Leave to Proceed Anonymously by means of the pseudonym Jane Doe and with good and sufficient reason appearing therein for the grant of said Motion,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall be permitted to proceed with the complaint filed in the above-captioned matter under the pseudonym set forth in the case-caption, and the public record of the Clerk of the Court shall not identify the true and correct identity of the Plaintiff *until the assigned judge has had an opportunity to rule on the question.*

2. Pending any further Order of the Court,

    A. For each document filed by a party, the party shall use the pseudonym Jane Doe to identify Plaintiff;

      B.      For any document filed by a party containing identifying information about Plaintiff, the party shall file a copy of the document that redacts any such identifying information, and counsel shall maintain in their files the original, unredacted copy of such document that can be filed under seal on request by either the Court or a party to this action;

      C.      For each document served by a party containing identifying information about Plaintiff, the party shall serve (1) a copy of the document that redacts any such identifying information, and (2) an unredacted copy of the document; and

      D.      Defendants shall not publicly disclose any identifying information about Plaintiff.

Dated: New York, New York

Aug. 29, 2018

_____
United States District Judge
Part I