# KOEHLER & ISAACS LLP

ATTORNEYS AT LAW
61 BROADWAY, 25TH FLOOR
NEW YORK, NY 10006
Tel: (917) 551-1300   Fax: (917) 551-0030
www.koehler-isaacs.com

RICHARD J. KOEHLER
STEVEN ISAACS

LIAM L. CASTRO
RENA C. DAWSON
CYNTHIA DEVASIA
ETHAN M. FELDER
GABRIEL GREENBERG
THALIA HAYNES
DAVID KIRSCH
MERCEDES M. MALDONADO
FELICIA PINTO
ANDREW ROWE
JULIE P. SCHATZ
ANN SCHNEIDER
STEPHANIE SWINTON
PETER C. TROXLER
HOWARD G. WIEN

OF COUNSEL
RAYMOND J. AAB
JESSICA SALLES
BARRY WASHOR

WRITER'S DIRECT DIAL
(917)-551-1317

October 5, 2018

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street – Courtroom 1105
New York, New York

Re:   Jane Doe vs City of New York, Jose Cosme, Leonard McNeil
      18 Civ. 07889 (JEF)

Dear Judge Furman:

We are counsel to the Correction Officers Benevolent Association (COBA), the union of correction officers employed by the New York City Department of Correction. We write regarding the above-referenced matter without appearing for any party to request a 30-day extension to file an Answer currently due on October 11, 2018 for Correction Officer Leonard McNeil. We were recently made aware of this matter and an extension is warranted so that we can make arrangements to meet with the Correction Officer to properly prepare an Answer and further protect his interests in this matter.

We thank your Honor for your time and attention to this matter.

Respectfully Submitted,

**KOEHLER & ISAACS LLP**

By: /s/ Ethan Felder
Ethan Felder (EF -1987)

CC: All Counsel (via ECF)