# CRAVATH, SWAINE & MOORE LLP

| | | WORLDWIDE PLAZA | | |
| --- | --- | --- | --- | --- |
| | | 825 EIGHTH AVENUE | | |
| | | NEW YORK, NY 10019-7475 | | |

| | | | | |
| --- | --- | --- | --- | --- |
| JOHN W. WHITE | THOMAS E. DUNN | TELEPHONE: +1-212-474-1000 | ALYSSA K. CAPLES | JONATHAN J. KATZ |
| EVAN R. CHESLER | MARK I. GREENE | FACSIMILE: +1-212-474-3700 | JENNIFER S. CONWAY | MARGARET SEGALL D'AMICO |
| RICHARD W. CLARY | DAVID R. MARRIOTT | | MINH VAN NGO | RORY A. LERARIS |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | | KEVIN J. ORSINI | KARA L. MUNGOVAN |
| ROBERT H. BARON | ANDREW J. PITTS | | MATTHEW MORREALE | NICHOLAS A. DORSEY |
| DAVID MERCADO | MICHAEL T. REYNOLDS | | JOHN D. BURETTA | ANDREW C. ELKEN |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | | J. WESLEY EARNHARDT | JENNY HOCHENBERG |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | YONATAN EVEN | VANESSA A. LAVELY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | CITYPOINT | BENJAMIN GRUENSTEIN | G.J. LIGELIS JR. |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | ONE ROPEMAKER STREET | JOSEPH D. ZAVAGLIA | MICHAEL E. MARIANI |
| RICHARD HALL | GARY A. BORNSTEIN | LONDON EC2Y 9HR | STEPHEN M. KESSING | LAUREN R. KENNEDY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | TELEPHONE: +44-20-7453-1000 | LAUREN A. MOSKOWITZ | SASHA ROSENTHAL-LARREA |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | FACSIMILE: +44-20-7860-1150 | DAVID J. PERKINS | ALLISON M. WEIN |
| STEPHEN L. BURNS | DAVID S. FINKELSTEIN | | JOHNNY G. SKUMPIJA | |
| KATHERINE B. FORREST | DAVID GREENWALD | | J. LEONARD TETI, II | |
| KEITH R. HUMMEL | RACHEL G. SKAISTIS | | D. SCOTT BENNETT | |
| DAVID J. KAPPOS | PAUL H. ZUMBRO | WRITER'S DIRECT DIAL NUMBER | TING S. CHEN | SPECIAL COUNSEL |
| DANIEL SLIFKIN | ERIC W. HILFERS | +1-212-474-1110 | CHRISTOPHER K. FARGO | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | GEORGE F. SCHOEN | | KENNETH C. HALCOM | |
| WILLIAM J. WHELAN, III | ERIK R. TAVZEL | | DAVID M. STUART | |
| PHILIP J. BOECKMAN | CRAIG F. ARCELLA | WRITER'S EMAIL ADDRESS | AARON M. GRUBER | |
| WILLIAM V. FOGG | DAMIEN R. ZOUBEK | mjamison@cravath.com | O. KEITH HALLAM, III | OF COUNSEL |
| FAIZA J. SAEED | LAUREN ANGELILLI | | OMID H. NASAB | MICHAEL L. SCHLER |
| RICHARD J. STARK | TATIANA LAPUSHCHIK | | DAMARIS HERNÁNDEZ | |

February 10, 2019

Jane Doe v. City of New York et al.
18-cv-7889 (JMF)

Dear Judge Furman,

The Legal Aid Society and Cravath, Swaine & Moore LLP write jointly on behalf of Plaintiff to inform the Court that Plaintiff Jane Doe, Defendant the City of New York and Defendants Jose Cosme and Leonard McNeil have reached an agreement to settle all claims in the above-referenced action. Pursuant to the Court's Individual Practice 4.B, attached as Exhibit A is the Stipulation of Settlement memorializing the parties' agreement and attached as Exhibit B is the parties' stipulation and proposed order of dismissal, wherein the parties request that the Court retain jurisdiction over the action for the purposes of enforcing the terms of the settlement agreement.

We thank the Court for its time dedicated to this matter.

Respectfully,

*/s/ Molly M. Jamison*
Molly M. Jamison

Honorable Jesse M. Furman
    United States District Court for the Southern District of New York
        Thurgood Marshall Courthouse
            40 Centre Street
                New York, NY 10007

Copies to:

William D. Gibney
Marlen S. Bodden
Barbara P. Hamilton
    The Legal Aid Society
        199 Water Street
            New York, NY 10038

Mark Zuckerman
    The City of New York
        100 Church Street
            New York, NY 10007

Cynthia Devasia
    Koehler & Isaacs LLP
        61 Broadway, 25th Floor
            New York, NY 10006

BY ECF