UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JANE DOE,

                                              Plaintiff,

              -against-

THE CITY OF NEW YORK, et. al.,

                                              Defendants.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 7889 (JMF)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above-referenced action is hereby dismissed with prejudice, including all cross-claims, and

2.  Notwithstanding the dismissal of this action in accordance with the agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 8, 2019

THE LEGAL AID SOCIETY
*Attorney for Plaintiff Jane Doe*
199 Water Street
New York, New York 10038

By: _____
Marlen Bodden
Barbara Hamilton

CRAVATH, SWAINE AND MOORE, LLP

*Attorney for Plaintiff Jane Doe*
Worldwide Plaza, 825 8th Ave.
New York, New York 10019

By: _____
Antony L. Ryan
Brittany L. Sukiennik
Molly M. Jamison

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Mark D. Zuckerman

KOEHLER AND ISAACS, LLP
*Attorneys for defendants Jose Cosme and Leonard McNeil*
61 Broadway, 25th Floor
New York, New York 10006

_____
Cynthia Devasia

SO ORDERED:

_____
Hon. Jesse M. Furman
U.S.D.J.